# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEVEN FLAX,

    Plaintiff,

v.                                                    Case No: 8:15-cv-1389-T-30MAP

FRANKLIN PHARMACY, LLC,

    Defendant.

_____

## **ORDER OF DISMISSAL**

    Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #4).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 17th day of June, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record